# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**THE CITIZENS BANK,**

    Plaintiff,

v.

**ACS/NES PROPERTIES, INC., ADONNA SMITH, and NATHANIEL SMITH,**

    Defendants.

Civil Action No. 7:12-CV-88 (HL)

## ORDER

Defendant Adonna Smith, who is proceeding *pro se*, has filed a notice of removal of a case from the Magistrate Court of Lowndes County. Under 28 U.S.C. § 1446(a), a defendant seeking to remove an action must file a copy of all process, pleadings, and orders served upon the defendant in the action. Defendant Smith has not done so. Without that information, the Court cannot determine if it has jurisdiction over the case. Defendant Smith is ordered to supplement her notice of removal no later than August 3, 2012. Failure to properly supplement the notice in a timely manner will result in the dismissal of this action. At this point, the Court is making no determination of whether the case was properly removed.

**SO ORDERED**, this the 18th day of July, 2012.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh